# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL R. PEREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | NO. CV 07-6067 DDP (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 21, 2009.

　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE